# Exhibit 11

Elysium Global Group Structure Chart
22 February 2015
Directors
AR: Ashley Richardon
ASM: Anne Stratford-Martin
CM: Camilo Manzanera
GJN: Greg Nixon
DL: Demetrios Lyristis
JF: John Foley
KR: Kasyap Vijender Rao
MW: Martin Ward
PP: Pernille Padersen
RL: Robyn Llewellyn
SS: Sanjay Shah
ST: Simon Tweedle
TM: Tim Murphy
US: Usha Shah
MM: Michael Murphy
AJ: Anthony Jarmyn
PB: Peter Best
WB: Will Best
S.S.
Elysium Global Limited
Trading Group
Media/IT & Leisure Group
Fentex Universal Limited
TSR Trading Limited
Altair Holdings Limited
Elysium Global Trading Limited
Elysium Global (Dubai) Limited
Araya Holdings Limited
Barracuda EM Holdings Limited
Typhon Hydra Holdings Limited
Theorem Technology Limited
Aralla Holdings Limited
Letren Trading Limited
Transnet Capital Limited
Dionysus Limited
Ariston Canada Limited
Elysium Global (UK) Limited
Kora Trading Limited
Aralla Capital Limited
Altair Capital Limited
IPIS (Battersea London 1) Limited
Syntax GIS Limited
Audiosplitter
Koji DMCC
Max Holdings II ApS
SS Direct Holdings A
S.S.
Ceylon International Group Holdings Limited
Aesa Sarl
Varengold Holding GmbH
Varengold Bank AG
Callisto Lycaon Capital Limited
Callisto Lycaon Holdings Limited
WP Capital Holdings Limited
Solo Group (Holdings) Limited
Telesto Capital Limited
Telesto Holdings Limited
Novus Ultimate Holdings Limited
Callisto Asset Management LLP
West Point Derivatives Ltd
Solo Capital Partners LLP
SCP Capital Limited
SCP Capital Holdings Limited
OPL Capital Holdings Limited
Telesto Markets LLP
Novus Capital Markets Limited
Old Park lane Capital Limited
Solo Group Services Limited
Real Estate Group
Mau Po B Limited
Mala Holdings One Limited
Elysium Property Holdings Limited
Elysium Properties Limited
Solten Holdings One Limited
Trixor Holdings One Limited
Clay Street Limited
Seventeen Dorset Limited
Bycor Capital Limited
Rolten Capital Limited
98 SHH Limited
Honey Jersey Limited
2 Clay St Limited
3 Clay St Limited
4 Clay St Limited
Brinker Trading Limited
Bostrent Trading Limited
Exumtrent Trading Limited
SS Holdings B
S.S. Ownership (via Elysium Global Limited)
Acai Investments Limited
Philo Holdings Limited
Fire Capital One Limited
Parla Global Investments Limited
Shallow River Limited
Expansa Capital Limited
Gray Fall Limited
Boa Global Limited
Columbia Capital Limited
Novaco Capital Limited
Halana Capital Limited
Hooloomooloo Holdings Limited
Cielo Global Limited
IT Services Holding Limited
FGC Elysium Holdings Limited
Saymo Invest Limited
Autism Rocks
Innercircle IT Services Limited
FGC Elysium Inc.
FGC Securities LLC
UNKNOWN
HYR6
Sempra Universal Limited
Mastic Trading Limited
Orphan/Shelf/Dormant/Under Dissolution
WENTREST HOLDINGS LIMITED
BOSTRENT HOLDINGS LIMITED
Glaceau Universal Limited
IP Universal Limited
Solo Capital Limited
Athena Equity Trading Sarl
Pandia Equity Trading Sarl
Pallas Equity Trading Sarl
Ganymede Cayman Ltd
Aduro Investments LP
Genoa Services London Limited
Callisto Cayman Management
Hydra Capital Limited
Callisto Cayman Management