# Exhibit 13

Paid 02/06/2017

*First Alton Inc.*
*450 Alton Rd. No. 1603*
*Miami Beach, FL 33139 USA*

## INVOICE

Date:             5-27-2015

Invoice Number:   05171501

Due Date:         06/15/15

FROM:   First Alton Inc.
        450 Alton Rd #1603
        Miami Beach, FL 33139 USA

TO:     Ganymede Cayman Limited
        c/o Genesis Trust & Corporate Services
        2nd Floor, Midtown Plaza
        Elgin Avenue
        PO Box 448
        Grand Cayman KY1-1106
        Cayman Islands

TAX NOT APPLICABLE

| Description   | Total            |
|---------------|------------------|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.